DISMISS; Opinion Filed January 17, 2013.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

No. 05-12-00723-CV

---

## IN THE INTEREST OF BABY BOY P, AKA J.C.P., A CHILD

---

On Appeal from the 305th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 12-192-X-305TH

---

## MEMORANDUM OPINION

Before Justices Moseley, Francis and Lang
Opinion By Justice Francis

By letter dated November 28, 2012, we directed appellant to file, within ten days, a brief addressing our jurisdiction over this appeal. Specifically, we questioned the timeliness of appellant's May 29, 2012 notice of appeal in which he complained of the trial court's February 28, 2012 final decree of termination. We noted in our letter that, subject to a few mostly statutory exceptions, our jurisdiction is invoked only upon the timely filing of a notice of appeal from a final judgment. *Lehman v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Garza v. Hibernia Nat'l Bank*, 227 S.W.3d 233, 233 (Tex. App.—Houston [1st Dist.] 2007, no pet.). We further noted that because an appeal from a parental termination case is accelerated, the notice of appeal was due no later than March 19, 2012 or, with a timely extension motion, April 3, 2012. *See* TEX. R. APP. P. 26.1(b), 26.3, 28.1(b), 28.4; TEX. FAM. CODE ANN. § 109.002(a) (West Supp. 2012).

Appellant's time for filing his jurisdictional brief has passed, and he has not corresponded with the Court. On January 3, 2013, appellee filed a motion to dismiss for want of jurisdiction. Ten days have passed since the motion was filed, and appellant has not responded to the motion either. *See* TEX. R. APP. P. 10.3(a).

Because appellant's May 29, 2012 notice of appeal is untimely, it fails to invoke our jurisdiction. *See Garza*, 227 S.W.3d at 233. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

MOLLY FRANCIS
JUSTICE

120723F.P05

–2–



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF BABY BOY P, AKA
J.C.P., A CHILD

No. 05-12-00723-CV

Appeal from the 305th Judicial District Court
of Dallas County, Texas. (Tr.Ct.No. 12-192-
X-305th).
Opinion delivered by Justice Francis, Justices
Moseley and Lang participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellees Tony Don Puckett and Dorothy Mullin Pucket recover their costs, if any, of this appeal from appellant Christopher Chant Jordan.

Judgment entered January 17, 2013.

MOLLY FRANCIS
JUSTICE